■ In the Matter of JOHNNY AARON B. and Others, Infants. SYLVIA WILLIAMS B. et al., Appellants; ABBOTT HOUSE et al., Respondents. [698 NYS2d 462] —Orders, Family Court, Bronx County (Cira Martinez, J.), entered on or about December 2, 1997, unanimously affirmed, without costs or disbursements.

Application by appellants' assigned counsel to withdraw is granted (*see, Matter of Louise Wise Servs.*, 131 AD2d 306). We have reviewed this record and agree with appellants' assigned counsel that there are no non-frivolous points which could be raised on this appeal. Concur—Williams, J. P., Rubin, Saxe and Friedman, JJ.